**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date: 9-24-07

**C 07 4971**

Our case # : 07cv6490

Case Name: Gilbert et al v. Threshold Pharmaceuticals, Inc. Et al

Dear Sir/Madam,

    Enclosed is a certified copy of the civil docket sheet for the above referenced case that is being transferred to the United States District Court-Northern District of California. The case file can be accessed through our CM/ECF System for the Southern District of New York.

    The enclosed copy of this letter is for your convenience in acknowledging receipt of these documents.

**Court policy for USDC-SDNY states that all ECF actions require only original, manual paper filings for the initiating documents. You may access our CM/ECF website for any additional documents that your court may require for processing.**

Yours truly,

J. Michael McMahon
Clerk of Court

Deputy Clerk,
   J. Miles
   RDZ

Fed Ex Air bill# 8605 6652 0011

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN
    AND ASSIGNED CASE NUMBER:**
CASE #_____ ON DATE: _____

CASE TRANSFERRED OUT FORM

ECF, MEMBER, RELATED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06490-JSR
## Internal Use Only

| | |
|---|---|
| Gilbert et al v. Threshold Pharmaceuticals, Inc. et al | Date Filed: 07/18/2007 |
| Assigned to: Judge Jed S. Rakoff | Jury Demand: Plaintiff |
| Lead case: 1:07-cv-06227-JSR | Nature of Suit: 850 Securities/Commodities |
| Member case: 1:07-cv-06490-JSR | Jurisdiction: Federal Question |
| Related Case: 1:07-cv-06227-JSR | |
| Cause: 15:78m(a) Securities Exchange Act | |

**Plaintiff**

**Raynold L. Gilbert**
*individually*

represented by **Evan J Smith**
Brodsky & Smith, L.L.C.
240 Mineola Blvd.
Mineola, NY 11501
516-741-4977
Email: esmith@brodsky-smith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raynold L. Gilbert**
*on behalf of all others similarly situated*

represented by **Evan J Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Threshold Pharmaceuticals, Inc.**

represented by **Kevin Anthony Burke**
Heller Ehrman, White & McAuliffe, LLP (NYC)
Times Square Tower
7 Times Square
New York, NY 10036-6524
(212) 832-8300
Fax: (212) 763-7600
Email: kburke@hewm.com
*ATTORNEY TO BE NOTICED*

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
DEPUTY CLERK

**Defendant**

**Harold Barry E. Selick**

represented by **Kevin Anthony Burke**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Janet I. Swearson     represented by **Kevin Anthony Burke**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2007 | 1 | COMPLAINT against Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (Filing Fee $ 350.00, Receipt Number 620980) Document filed by Raynold L. Gilbert(individually), Raynold L. Gilbert (on behalf of all others similarly situated).(laq) Additional attachment(s) added on 7/20/2007 (Rodriguez, Tiffany). (Entered: 07/20/2007) |
| 07/18/2007 |  | SUMMONS ISSUED as to Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson. (laq) (Entered: 07/20/2007) |
| 07/18/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Raynold L. Gilbert(individually), Raynold L. Gilbert(on behalf of all others similarly situated).(laq) Additional attachment(s) added on 7/20/2007 (Rodriguez, Tiffany). (Entered: 07/20/2007) |
| 07/18/2007 |  | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:07-cv-6227. (laq) (Entered: 07/20/2007) |
| 07/18/2007 |  | Case Designated ECF. (laq) (Entered: 07/20/2007) |
| 07/24/2007 | 3 | NOTICE OF COURT CONFERENCE; that The Honorable Jed S Rakoff, U.S.D.J. has ordered that counsel for all parties attend a conference, for the purpose of case management and scheduling pursuant to F.R.C.P. 16. Case Management Conference set for 8/10/2007 at 11:00 AM before Judge Jed S. Rakoff in Courtroom 14-B 500 Pearl Street, New York, New York. (Signed by Judge Jed S. Rakoff on 7/24/07) (pl) (Entered: 07/25/2007) |
| 07/24/2007 |  | CASE ACCEPTED AS RELATED. Create association to 1:07-cv-06227-JSR. Notice of Assignment to follow. (laq) (Entered: 07/25/2007) |
| 07/24/2007 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 07/25/2007) |
| 07/24/2007 |  | Magistrate Judge James C. Francis is so designated. (laq) (Entered: 07/25/2007) |
| 07/25/2007 |  | Mailed notice to the attorney(s) of record. (laq) (Entered: 07/25/2007) |
| 08/09/2007 | 5 | NOTICE OF APPEARANCE by Kevin Anthony Burke on behalf of Threshold Pharmaceuticals, Inc., Harold Barry E. Selick, Janet I. Swearson (Burke, Kevin) (Entered: 08/09/2007) |

| | | |
|---|---|---|
| 08/09/2007 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Threshold Pharmaceuticals, Inc..(Burke, Kevin) (Entered: 08/09/2007) |
| 08/13/2007 | | CONSOLIDATED MEMBER CASE: Create association to 1:07-cv-06227-JSR. (kco) (Entered: 08/14/2007) |
| 08/13/2007 | 7 | ORDER: for the reasons stated from the bench, see transcript dated 8/10/2007, these actions, 07cv6277 and 07cv6490 are consolidated. (Signed by Judge Jed S. Rakoff on 8/10/07) Filed In Associated Cases: 1:07-cv-06227-JSR, 1:07-cv-06490-JSR(kco) (Entered: 08/14/2007) |
| 08/28/2007 | | Minute Entry for proceedings held before Judge Jed S. Rakoff : Initial Pretrial Conference held on 8/28/2007. (pl) (Entered: 08/29/2007) |
| 09/10/2007 | | MEMORANDUM TO THE DOCKET CLERK: An oral argument, on defendant's motion to transfer, was held in the above captioned case. The court reserved decision on the Motion. Contested Issue: Yes. (djc) (Entered: 09/13/2007) |
| 09/17/2007 | 8 | ORDER granting (15) Motion to Transfer Case in case 1:07-cv-06227-JSR. The Clerk of the Court is directed to forthwith transfer this case to the Northern District of California and close document number 15 in the Court's docket. SO ORDERED. (Signed by Judge Jed S. Rakoff on 9/14/2007) Filed In Associated Cases: 1:07-cv-06227-JSR, 1:07-cv-06490-JSR(jmi) (Entered: 09/17/2007) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JERRY TWINDE, On Behalf of Himself   :
and All Others Similarly Situated,   :
                                     :
            Plaintiff,               :   07 Civ. 6227 (JSR)
                                     :
       -v-                           :
                                     :
THRESHOLD PHARMACEUTICALS, INC.,     :
HAROLD "BARRY" E. SELICK and JANET   :
I. SWEARSON,                         :
                                     :
            Defendants.              :
------------------------------------ :
RAYNOLD L. GILBERT, Individually and :
On Behalf of All Others Similarly    :
Situated,                            :
                                     :   07 Civ. 6490 (JSR)
            Plaintiff,               :
                                     :   MEMORANDUM ORDER
       -v-                           :
                                     :
THRESHOLD PHARMACEUTICALS, INC.,     :
HAROLD "BARRY" E. SELICK and JANET   :
I. SWEARSON,                         :
                                     :
            Defendants.              :
------------------------------------x
JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-17-07

C 07 4971 PJH

A CERTIFIED COPY
J. MICHAEL McMAHON,     CLERK

BY _____
    DEPUTY CLERK

     Defendants move to transfer these consolidated putative class actions to the Northern District of California pursuant to 28 U.S.C. § 1404(a) for the convenience of the parties and witnesses and in the interest of justice.  For the reasons set forth below, the Court grants the motion to transfer.

     Defendant Threshold Pharmaceuticals, Inc. ("Threshold") is a biotechnology company located in Redwood City, California, outside of San Francisco.  Declaration of Cathleen P. Davis in Support of Defendant's Motion to Transfer Venue ("Davis Declaration") ¶ 2.  Defendant Harold "Barry" E. Selick is the Chief Executive Office of

Threshold. Twinde Complaint ¶ 16. Defendant Janet I. Swearson served as the Chief Financial Officer of Threshold until her resignation in August 2006. Id. ¶ 17. The plaintiffs allege that the defendants engaged in securities fraud in 2005 and 2006 by making false and misleading statements concerning TH-070, a drug to treat benign prostatic hyperplasia that Threshold was at that time developing but that turned out to be ineffective. Id. ¶¶ 1, 22, 29-40, 46.

In deciding a motion to transfer, courts commonly consider factors such as: (1) the plaintiff's choice of forum, (2) the convenience of witnesses, (3) the location of relevant documents and relative ease of access to sources of proof, (4) the convenience of parties, (5) the locus of operative facts, (6) the availability of process to compel the attendance of unwilling witnesses, (7) the relative means of the parties, (8) the forum's familiarity with the governing law, and (9) trial efficiency and the interests of justice, based on the totality of the circumstances. See, e.g., Albert Fadem Trust v. Duke Energy Corp., 214 F. Supp. 2d 341, 343 (S.D.N.Y. 2002). "District courts have broad discretion in making determinations of convenience . . . and notions of convenience and fairness are considered on a case-by-case basis." D.H. Blair & Co., Inc. v. Gottdiener, 462 F.3d 95, 106 (2d Cir. 2006).

While plaintiffs' choice of forum is normally given considerable weight, here the choice of the Southern District of New York is so patently artificial as to deserve less consideration. As

2

plaintiffs' counsel, after dodging the issue in the motion papers, finally conceded at oral argument, see transcript, 9/10/07, none of the plaintiffs resides in New York, while all of the defendants reside in California. Id. Although plaintiffs note that some of the clinical trials of TH-070, as well as certain of the underwritings of Threshold stock and presentations to investors, occurred in New York, see Twinde Complaint ¶ 13, nevertheless, more underwritings, presentations, and clinical trials took place in other states, see transcript, 9/10/07, and all of this was overseen from Threshold's office in California. Davis Declaration ¶¶ 2, 4, 16. Indeed, plaintiffs' counsel was unable to articulate any specific reason why the case should be litigated in this District, except that it was filed here. Id.

By contrast, the connections to the Northern District of California are substantial. Threshold is located in that District, and most of the allegedly false and misleading statements of which plaintiffs complain were allegedly concocted at Threshold's office in that District. Davis Declaration ¶¶ 7-14. As noted, the clinical trials of TH-070 that are central to the Complaint were likewise overseen from Threshold's office in that District. Id. ¶¶ 15-16. Concomitantly, the key documents and other sources of proof are to be found in that District. As for non-party witnesses, they largely consist of current or former Threshold employees, all of whom still reside in the Northern District of California so far as is known, and many of whom could not be subpoenaed for trial if the case remains in New York. See transcript, 9/10/07.

3

The Court has considered the other traditional factors, <u>see supra</u>, and finds that they all cut in favor of transfer or are, at most, neutral as between the two Districts here being considered.

Thus, for the foregoing reasons, the Court grants the defendants' motion to transfer. The Clerk of the Court is directed to forthwith transfer this case to the Northern District of California and to close document number 15 in the Court's docket.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 14, 2007

4