UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYNOLD L. GILBERT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON,<br><br>Defendants. | )<br>)<br>)<br>)  **CIVIL ACTION NO. 07-cv-06490**<br>)<br>)<br>)<br>)<br>)  CLASS ACTION COMPLAINT<br>)<br>)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>) |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Raymold Gilbert, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: July 17, 2007

Respectfully submitted,

**BRODSKY & SMITH, LLC**
By:*Evan J. Smith, Esquire (ES3254)*
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Rd.
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (facsimile)

**Attorneys for Plaintiff**

1