HELLER EHRMAN LLP
Kevin A. Burke (KB-0580)
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| RAYNOLD L. GILBERT, Individually and On Behalf of All Others Similarly Situated, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 07 CV 6490 JSR |
| | : | **NOTICE OF APPEARANCE** |
| THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON, | : | |
| | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE that Heller Ehrman LLP, in its capacity as counsel representing Defendants Threshold Pharmaceuticals, Inc., Harold "Barry" E. Selick and Janet I. Swearson, in this action, hereby enters its appearance and requests that copies of all papers be served upon the person named below at the address, telephone and facsimile numbers indicated.

Kevin A. Burke, Esquire
kburke@hewm.com
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036
Telephone: (212) 847-8791
Facsimile: (212) 763-7600

Dated: August 9, 2007                    HELLER EHRMAN LLP


                                         By:   /S/Kevin A. Burke
                                               Kevin A. Burke (KB-0580)

                                         7 Times Square
                                         New York, NY 10036
                                         Telephone: (212) 832-8300
                                         Facsimile: (212) 763-7600

                                         Attorneys for Defendants THRESHOLD
                                         PHARMACEUTICALS, INC., HAROLD E.
                                         SELICK and JANET I. SWEARSON