HELLER EHRMAN LLP
Kevin A. Burke (KB-0580)
Times Square Tower
7 Times Square
New York, New York 10036
Phone: (212) 832-8300
Fax: (212) 763-7600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYNOLD L. GILBERT, Individually and On Behalf All Others Similarly Situated,

    Plaintiff,

v.

THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK and JANET I. SWEARSON,

    Defendants.

Civil Action No.: 07 CV 6490 JSR

**DEFENDANT THRESHOLD PHARMACEUTICALS, INC.'S DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Defendant Threshold Pharmaceuticals, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its shares.

Dated: August 9, 2007

HELLER EHRMAN LLP

By:   /S/ Kevin A. Burke
     Kevin A. Burke (KB-0580)

7 Times Square
New York, NY 10036
Telephone: (212) 832-8300
Facsimile: (212) 763-7600

Attorneys for Defendant
THRESHOLD PHARMACEUTICALS, INC.