1  MICHAEL L. CHARLSON (Bar No. 122125)
   LAURENCE A. WEISS (Bar No. 164638)
2  ALEXANDER M. R. LYON (Bar No. 211274)
   HELLER EHRMAN LLP
3  275 Middlefield Road
   Menlo Park, California  94025-3506
4  Telephone: (650) 324-7000
   Facsimile: (650) 324-0638
5  Michael.Charlson@hellerehrman.com
   Laurence.Weiss@hellerehrman.com
6  Alexander.Lyon@hellerehrman.com

7  Attorneys for Defendants
   THRESHOLD PHARMACEUTICALS, INC.,
8  HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND L. GILBERT,<br><br>          Plaintiff,<br><br>     vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, AND JANET I. SWEARSON<br><br>          Defendants, | Case No. C-07-04971 PJH<br><br>**DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED [LOCAL RULE 3.12]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE COURT:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, defendants Threshold Pharmaceuticals, Inc., Harold "Barry" E. Selick, and Janet I. Swearson (collectively, "Defendants") hereby file this Administrative Motion to Consider Whether Cases Should Be Related and move this Court for an order that the action *Twinde v. Threshold Pharmaceuticals, Inc., et al.*, No. C-07-04972 CW ("the *Twinde* Action"), be related to this Action, *Gilbert v. Threshold Pharmaceuticals, Inc., et al.*, No. C-07-04971 PJH, and be assigned to Judge Phyllis J. Hamilton, to whom is assigned the low-numbered case.

## I. ACTION REQUESTED

An order pursuant to Civil Local Rule 3-12 relating the *Twinde* Action to this Action.

Defendants will prepare a proposed order if the Court prefers, but Defendants assume that the Court will prefer to use the Court's standard form of Related Case Order (9/97).

## II. REASONS SUPPORTING THE REQUEST

Pursuant to Civil Local Rule 3-12(a), these two putative securities class actions are related. They concern substantially the same parties, transactions or events, satisfying Civil Local Rule 3-12(a)(1). Indeed, the two complaints are brought against the same defendants, challenge the same public statements, designate the same class period for plaintiffs' claims, and assert the same five causes of action. Civil Local Rule 3-12(a)(2) is also satisfied, as relating these two cases is likely to conserve judicial resources, to promote an efficient determination of the actions, and to avoid inconsistent results.

Notably, there has already been a judicial determination that these two actions are related. These actions were both originally filed in the Southern District of New York. That Court ordered that the cases be related and assigned to the Hon. Jed. S. Rakoff. On August 13, 2007, Judge Rakoff issued a further order consolidating the two cases.

On September 14, 2007, Judge Rakoff granted Defendants' motion that the consolidated cases be transferred to the Northern District of California pursuant to 28

U.S.C. § 1404(a). On September 26, 2007, the clerk's office for the Northern District of California filed the two cases separately, with this Action, *Gilbert v. Threshold Pharmaceuticals, Inc., et al.*, No. C-07-4971 PJH, receiving the low number and the *Twinde* Action receiving the higher number.

## III.    CONCLUSION

This Action and the *Twinde* Action are plainly related pursuant to Civil Local Rule 3-12(a). Defendants request that the two actions be related and be assigned to Judge Phyllis J. Hamilton, to whom is assigned the low-numbered case in this Court.

DATED: Sepember 28, 2007          Respectfully submitted,

HELLER EHRMAN LLP


By         /s/
                Laurence A. Weiss


Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON