MICHAEL L. CHARLSON (Bar No. 122125)
LAURENCE A. WEISS (Bar No. 164638)
ALEXANDER M. R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Michael.Charlson@hellerehrman.com
Laurence.Weiss@hellerehrman.com
Alexander.Lyon@hellerehrman.com

Attorneys for Defendants
THRESHOLD PHARMACEUTICALS, INC.,
HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND L. GILBERT,<br><br>        Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, AND JANET I. SWEARSON<br><br>        Defendants, | Case No. C-07-04971 PJH<br><br>**DECLARATION OF LAURENCE A. WEISS IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED [LOCAL RULE 3.12]** |

I, Laurence A. Weiss, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a member of the bar of this Court. I am a shareholder with the law firm of Heller Ehrman LLP, counsel for Defendants Threshold Pharmaceuticals, Inc., Harold "Barry" E. Selick, and Janet I. Swearson in this action. I have personal knowledge of the facts set forth below and could competently testify as follows.

2. On September 28, 2007, pursuant to Civil Local Rule 7-11(a), I spoke to Mary Blasy, one of the attorneys for plaintiffs in the *Twinde* Action, and asked whether counsel will stipulate to the administrative motion to consider whether cases should be related. Ms. Blasy requested that I circulate by email a draft of the motion to her and two of her colleagues, Mario Alba and Dennis Herman, which I did. Mr. Alba responded by return email that they did not oppose the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of September, 2007 at Menlo Park, California.

/s/
Laurence A. Weiss

1
DECLARATION OF LAURENCE A. WEISS IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C-07-04971 PJH