```
 1  MICHAEL L. CHARLSON (Bar No. 122125)
    LAURENCE A. WEISS (Bar No. 164638)
 2  ALEXANDER M. R. LYON (Bar No. 211274)
    HELLER EHRMAN LLP
 3  275 Middlefield Road
    Menlo Park, California 94025-3506
 4  Telephone: (650) 324-7000
    Facsimile: (650) 324-0638
 5  Michael.Charlson@hellerehrman.com
    Laurence.Weiss@hellerehrman.com
 6  Alexander.Lyon@hellerehrman.com

 7  Attorneys for Defendants
    THRESHOLD PHARMACEUTICALS, INC.,
 8  HAROLD "BARRY" E. SELICK, and JANET I. SWEARSON
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND L. GILBERT, | Case No. C-07-04971 PJH |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| THRESHOLD PHARMACEUTICALS, INC., HAROLD "BARRY" E. SELICK, AND JANET I. SWEARSON | |
| Defendants, | |

PROOF OF SERVICE
CASE NO. C-07-04971 PJH

# PROOF OF SERVICE

I, **Jennifer Cygnor**, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 275 Middlefield Road, Menlo Park, California, 94025.

On September 28, 2007, I served the documents listed below on the interested parties as follows:

Darren Jay Robbins
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
E-mail: darrenr@csgrr.com
E-mail: maryb@csgrr.com
**Counsel for Plaintiff Jerry Twinde**

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins
58 South Service Road
Suite 200
Melville, NY 11741
E-mail: SRudman@csgrr.com
**Counsel for Plaintiff Jerry Twinde**

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Ave.
Suite 202
Bala Cynwyd, PA 19004
E-mail: mhenzel1182@aol.com
**Counsel for Plaintiff Jerry Twinde**

**DOCUMENT(S) SERVED:**

1. **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED [LOCAL RULE 3.12];**

2. **DECLARATION OF LAURENCE A. WEISS IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED [LOCAL RULE 3.12];**

3. **PROOF OF SERVICE.**

[ X ] <u>BY MAIL</u>: I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business and that the envelopes were sealed, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices at Palo Alto, California.

[ ] <u>BY OVERNIGHT DELIVERY</u>: I caused such envelopes to be delivered to the above-listed parties on the next business day by Federal Express overnight delivery service.

[ ] <u>FACSIMILE TRANSMISSION</u>: I am readily familiar with the business practices of this office. At the time of transmission, I was at least eighteen years of age and not a party to this action. By use of facsimile machine, I served a copy of the above-listed document(s) on the above-listed interested parties in the within action by transmitting by facsimile machine. The

facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[ ]  BY MESSENGER: I caused the document(s) to be delivered by messenger to the party(ies) identified above.

[X]  BY E-MAIL: I caused the document(s) to be delivered by e-mail to the party(ies) identified above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 28, 2007, at Menlo Park, California.

_____
Jennifer Cygnor