**United States District Court**
For the Northern District of California

1
2
3                          UNITED STATES DISTRICT COURT
4                         NORTHERN DISTRICT OF CALIFORNIA
5
6
7    RAYMOND L. GILBERT,
8                  Plaintiff(s),                    No. C 07-4971 PJH
9         v.                                        **ORDER RELATING AND
                                                    TRANSFERRING CASES**
10   THRESHOLD PHARMACEUTICALS,
     INC., et al.,
11
12                Defendant(s).
     _____/
13
14          Before the court is defendants' motion for administrative relief to consider whether a

15   case pending before Judge Wilken, *Twinde v. Threshold Pharmaceuticals, Inc.*, et al., No.

16   C-07-4972 CW, should be related to the above-entitled action.  Given the reasons

17   supporting the request and the fact that both matters were consolidated by the District

18   Court for the Southern District of New York before they were transferred to the Northern

     District of California, the motion is GRANTED.
19
            *Twinde* had the lower case number before transfer, but somehow *Gilbert* ended up
20
     with the lower case number after transfer.  In view of the fact that *Twinde* is the first filed-
21
     case *Gilbert* is hereby REASSIGNED to Judge Wilken, with her consent pursuant to the
22
     Assignment Plan, General Order 44.
23
            **IT IS SO ORDERED.**
24
     Dated: October 2, 2007
25
     _____           _____
26   PHYLLIS J. HAMILTON                        CLAUDIA WILKEN
     United States District Judge               United States District Judge
27
28