COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN (220163)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
dherman@csgrr.com
dpfefferbaum@csgrr.com

[Proposed] Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JERRY TWINDE, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>    Defendants. | No. 4:07-cv-04972-CW<br><br><u>CLASS ACTION</u> |
| RAYNOLD L. GILBERT,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>THRESHOLD PHARMACEUTICALS, INC., et al.,<br><br>    Defendants(s). | No. 4:07-cv-04971-CW<br><br><u>CLASS ACTION</u><br><br>RE-NOTICE OF MOTION OF MICHAEL HENTOSH FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL<br><br>DATE:        November 8, 2007<br>TIME:        2:00 p.m.<br>COURTROOM:  2, 4th Floor<br>                      Honorable Judge<br>                      Claudia Wilken |

1    PLEASE TAKE NOTICE that class member Michael Hentosh ("Hentosh"), by his counsel,
2 will hereby move this Court, on November 8, 2007 at 2:00 p.m. in Courtroom 2, 4th Floor, for an
3 order (attached hereto as Exhibit A): (i) appointing Hentosh as Lead Plaintiff; (ii) approving
4 Hentosh's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as
5 Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper.

6    Hentosh hereby re-notices this Motion of Michael Hentosh for Appointment as Lead Plaintiff
7 and for Approval of Selection of Lead Counsel ("Motion") for determination in this District pursuant
8 to N.D. Cal. L.R. 7-2.  This Motion is based on this Re-Notice of Motion, the original Motion and
9 Memorandum, attached hereto as Exhibits B and C, and the original Declaration of Mario Alba Jr.,
10 attached hereto as Exhibit D, all dated September 4, 2007.

11    On July 5, 2007, plaintiff Jerry Twinde filed an action against Threshold Pharmaceuticals,
12 Inc. in the Southern District of New York, Civil Action No. 07-cv-06227-JSR.  Another similar
13 action filed in the Southern District of New York, *Raynold L. Gilbert v. Threshold Pharmaceuticals,*
14 *Inc., et al.*, Civil Action No. 07-cv-06490-JSR, was subsequently consolidated with this one
15 (collectively, the "Actions").

16    On September 4, 2007, within 60 days of the publication of notice on July 5, 2007, class
17 member Hentosh timely filed this Motion.  No other motions were filed.  In view of the fact that no
18 other class member has timely filed a motion to serve as lead plaintiff, Hentosh believes the Motion
19 is, or will be, unopposed.

20    On September 14, 2007, the Honorable Judge Jed S. Rakoff issued an Order transferring the
21 Actions to the Northern District of California.[1]  Hentosh's Motion was not ruled on prior to the time
22 the Actions were transferred to this Court.

23    Hentosh: (i) timely filed his lead plaintiff motion; (ii) has the largest financial interest in the
24 relief sought by the class (having suffered losses of $83,811.64); (iii) satisfies Federal Rule of Civil
25 Procedure 23; and (iv) typifies the type of investor encouraged by Congress to serve as lead plaintiff

---

[1]    *Twinde* is now Case No. 07-cv-04972-CW; *Gilbert* is now Case No. 07-cv-04971-CW.

RE-NOTICE OF MOTION OF MICHAEL HENTOSH FOR APPOINTMENT AS
LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL -
4:07-cv-04972-CW; 4:07-cv-04971-CW                                                              - 1 -

in cases such as this. *See* 15 U.S.C. §87u-4(a)(3)(B); *see also In re Ditech Commc'ns Corp. Sec. Litig.*, No. C 05-02406 JSW, 2005 U.S. Dist. LEXIS 40963, at *3-*4 (N.D. Cal. Dec. 19, 2005) (reasoning that individual investors like Hentosh generally satisfy the requirements of Fed. R. Civ. P. 23).

Accordingly, pursuant to the Private Securities Litigation Reform Act of 1995, Hentosh is the "most adequate plaintiff" to lead this litigation on behalf of the class and his selection of lead counsel should be approved. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii); *Ditech*, 2005 U.S. Dist. LEXIS 40963, at *3-*4 (granting unopposed lead plaintiff motion).

DATED: October 4, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DENNIS J. HERMAN
DANIEL J. PFEFFERBAUM

  /s/ Dennis J. Herman
DENNIS J. HERMAN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA, JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

T:\CasesSF\Threshold\NOT00046072.doc

CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 4, 2007.

      s/ Dennis J. Herman
      DENNIS J. HERMAN

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:Dennish@csgrr.com

# Mailing Information for a Case 4:07-cv-04972-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kevin Anthony Burke**
  kburke@hewm.com

- **Michael L. Charlson**
  michael.charlson@hellerehrman.com,larissa.soboleva@hellerehrman.com,jennifer.cygnor@hellerehrman.com,su

- **Marc S. Henzel**
  mhenzel182@aol.com

- **Alexander M.R. Lyon**
  alexander.lyon@hellerehrman.com,yfs@hellerehrman.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Laurence Andrew Weiss**
  lweiss@hewm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mary K. Blasy
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Samuel H. Rudman
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
```