IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gilbert<br><br>   Plaintiff,<br>v.<br><br>Threshold Pharmaceuticals Inc.<br><br>   Defendant._____/ | NO. CV 07-04971 CW<br><br>**CLERK'S NOTICE RE DEFICIENCY** |

Please be advised that on **10/04/07, (Re-notice of motion of Michael Hentosh for appointment as lead plaintiff and for approval of selection of lead counsel (document #8)**, the incorrect docket event was used by counsel .

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 10/05/07

                                                Clara Pierce
                                                510-637-3535
                                                Case Systems Administrator