# Exhibit A



1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                 OAKLAND DIVISION

11

JERRY TWINDE, On Behalf of Himself and    )    No. 4:07-cv-04972-CW
12   All Others Similarly Situated,           )
                                              )    CLASS ACTION
13                          Plaintiff,        )
                                              )
14        vs.                                 )
                                              )
15   THRESHOLD PHARMACEUTICALS, INC.,  )
     et al.,                                  )
16                                            )
                            Defendants.       )
17   _____
                                              )    No. 4:07-cv-04971-CW
18   RAYNOLD L. GILBERT,                      )
                                              )    CLASS ACTION
19                          Plaintiff(s),     )
                                              )    [PROPOSED] ORDER APPOINTING LEAD
20        vs.                                 )    PLAINTIFF AND APPROVING
                                              )    SELECTION OF LEAD COUNSEL
21   THRESHOLD PHARMACEUTICALS, INC.,  )
     et al.,                                  )
22                                            )
                            Defendants.       )
23   _____)

24

25

26

27

28

1    Having considered the motion of Michael Hentosh for appointment as Lead Plaintiff and

2  approval of selection of Lead Counsel; the Memorandum of Law and the Declaration of Mario Alba

3  Jr. in support thereof, and good cause appearing thereafter:

4        1.    Michael Hentosh is hereby appointed Lead Plaintiff for the Class pursuant to §27 of

5  the Securities Act of 1933 and §21D of the Securities Exchange Act of 1934; and

6        2.    The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed

7  Lead Counsel.

8        IT IS SO ORDERED.

9

10  DATED: _____    _____

11                                   THE HONORABLE CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

12  Submitted by:

13  DATED:  October 4, 2007

14

15  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
16  DENNIS J. HERMAN
   DANIEL J. PFEFFERBAUM

17

18        /s/ Dennis J. Herman
           DENNIS J. HERMAN
19

20  100 Pine Street, Suite 2600
   San Francisco, CA  94111
   Telephone:  415/288-4545
21  415/288-4534 (fax)

22  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
23  SAMUEL H. RUDMAN
   DAVID A. ROSENFELD
24  MARIO ALBA, JR.
   58 South Service Road, Suite 200
25  Melville, NY  11747
   Telephone:  631/367-7100
26  631/367-1173 (fax)

27  [Proposed] Lead Counsel for Plaintiffs
   T:\CasesSF\Threshold\ORD00046096.doc

28

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING
SELECTION OF LEAD COUNSEL - 4:07-cv-04972-CW; 4:07-cv-04971-CW        - 1 -